# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

KRISTEN KAY WATTS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1124
_____

October 29, 2025

Appeal from the Circuit Court for Manatee County; Teri K. Dees, Judge.

Craig A. Whisenhunt of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.